**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tammy Bartz, | : |
| | : |
| | : |
| | : |
| | : |
| Plaintiff, | : Civil Action No.:  1:15-cv-00871-JTC |
| v. | : |
| | : |
| Admin Recovery LLC; and DOES 1-10, | : |
| inclusive, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.


Dated: January 15, 2016

                                                   Respectfully submitted,

                                                   PLAINTIFF, Tammy Bartz

                                                   /s/ Sergei Lemberg

                                                   Sergei Lemberg, Esq. (SL 6331)
                                                   LEMBERG LAW, LLC
                                                   43 Danbury Road
                                                   Wilton, CT 06897
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (203) 653-3424
                                                   slemberg@lemberglaw.com
                                                   Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg