UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tammy Bartz, | : |
| | : |
| | : Civil Action No.: 1:15-cv-00871-JTC |
| Plaintiff, | : |
| v. | : |
| | : |
| Admin Recovery LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Tammy Bartz ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 30, 2016

                                              Respectfully submitted,

                                              By: /s/ Sergei Lemberg

                                              Sergei Lemberg (SL 6331)
                                              LEMBERG LAW, L.L.C.
                                              43 Danbury Road
                                              Wilton, CT 06897
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By  /s/ Sergei Lemberg

                                               Sergei Lemberg